No. 41. SEVIER COMMISSION CO. ET AL. *v.* WALLOWA NATIONAL BANK.

Argued November 10, 1932. Decided November 14, 1932. *Per Curiam:* The writ of certiorari herein is dismissed for want of a substantial federal question. *Wabash Ry. Co. v. Flannigan*, 192 U. S. 29; *Erie R. Co. v. Solomon*, 237 U. S. 427; *C. A. King & Co. v. Horton*, 276 U. S. 600; *Bank of Indianola v. Miller*, 276 U. S. 605; *Roe v. Kansas*, 278 U. S. 191. *Mr. John F. Reilly*, with whom *Mr. James G. Wilson* was on the brief, for petitioners. *Mr. Palmer L. Fales*, with whom *Messrs. Robert Treat Platt* and *Harrison G. Platt* were on the brief, for respondent.

No. 414. BIGGS, ADMINISTRATRIX *v.* MISSOURI PACIFIC R. CO. ET AL.; and

No. 415. GRAVES *v.* SAME.

Jurisdictional statement submitted November 12, 1932. Decided November 21, 1932. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 238, Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938), U. S. Code, Title 28, § 345; § 13, Act of February 13, 1925 (43 Stat. 936, 941). *Mr. G. T. Fitzhugh* for petitioners. *Messrs. Edward J. White* and *Thomas B. Pryor* for respondents.